**JS-6**

**FILED: 2/21/14**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULETTE DOTSON, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>IPAYMENT, INC. a Delaware Corporation; IPAYMENT OF CALIFORNIA, LLC, a Tennessee Corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:13-cv-05136-GHK(SHx)<br><br>**[PROPOSED] ORDER DISMISSING ACTION**<br><br>[Filed concurrently with Joint Stipulation Regarding Dismissal of Action]<br><br>Complaint filed:    June 5, 2013 |

1

[PROPOSED] ORDER DISMISSING ACTION

16863991v.1

1 TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Based on the Joint Stipulation Regarding Dismissal of Action, and for good cause shown,

IT IS HEREBY ORDERED:

The entire action is dismissed with prejudice.  Each party is to bear its own attorneys' fees and costs.

Dated:     2/21    , 2014        _____
                                 Honorable George H. King
                                 Chief U. S. District Judge